# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

ANTONIEO WILLIAMS                                                                                      PETITIONER
ADC #103905

V.                             NO: 2:16CV00133 BRW/PSH

LITTLE ROCK
DISTRICT COURT                                                                                         RESPONDENT

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Billy Roy Wilson. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Petitioner Antonieo Williams filed a petition for a writ of *habeas corpus* on October 3, 2016. Williams did not pay the filing fee, and his application for leave to proceed *in forma pauperis* was incomplete, in that it did not contain sufficient financial information. On October 5, 2016, the Court entered an order denying the application, and directing Williams to pay the $5.00 filing fee, or file a properly completed application for leave to proceed *in forma pauperis*, within 30 days, and warned him that his failure to do so would result in the dismissal of his petition. Doc. No. 3.

More than 30 days have passed, and Williams has not paid the $5.00 filing fee, filed a complete application for leave to proceed in *forma pauperis*, or otherwise responded to the order. Under these circumstances, the Court concludes that the petition should be dismissed without

1

prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and for failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Petitioner Antonieo Williams' petition be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 16th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE