IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ANTONIEO WILLIAMS
ADC #103905                                                                                                   PETITIONER

VS.                                          2:16-CV-00133-BRW

LITTLE ROCK DISTRICT COURT                                                      RESPONDENT

### ORDER

I have received the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed and the time for doing so has passed.[1] After careful consideration, I adopt as my findings in all respects the Proposed Findings and Recommended Disposition in their entirety.

Accordingly, Petitioner Antonieo Williams' petition is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. All other pending motions are MOOT.

I certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 8th day of December, 2016.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Objections were due Monday, December 5, 2016.